Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                  Case No.: 16−34422−KCF
                  Chapter: 11
                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   2424 ESSE, LLC
   63 Bozarthtown Road
   Tabernacle, NJ 08088

Social Security No.:

Employer's Tax I.D. No.:
   46−4874081

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>October 24, 2018</u>            <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court